# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Isidro Alvarado-Arvizu<br>DOB: XX/XX/1965; Citizen of Mexico;<br>A#: 029 221 309 | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>17-04466MJ |
| Complaint for violation of Title 8 | United States Code § 1326 (a); 1325 |

| NAME OF JUDGE OR MAGISTRATE | OFFICIAL TITLE<br>UNITED STATES MAGISTRATE JUDGE | LOCATION<br>TUCSON, ARIZONA |
|---|---|---|
| DATE OF OFFENSE<br>ON OR ABOUT<br>September 12, 2017 | PLACE OF OFFENSE<br>AT OR NEAR<br>Nogales, Arizona | ADDRESS OF ACCUSED (if known)<br>8 W. Ohio Avenue, Richmond, CA. 94804 |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1:** On or about September 12, 2017 at or near Nogales, Arizona, in the District of Arizona, **Isidro Alvarado-Arvizu** an alien, entered, and was found in the United States of America after been denied admission, excluded, deported, and removed from the United States through Calexico, California on July 29, 2007 and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of title 8, United States Code §1326. Enhanced by Title 8, United States Code §1326 (a).

**COUNT 2:** On or about July 25, 2016, at or near San Ysidro, California, **Isidro Alvarado-Arvizu** an alien, did unlawfully enter the United States of America from the Republic of Mexico, at a time and place other than as designated by Immigration Officers of the United States of America; in violation of Title 8, United States Code §1325.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Isidro Alvarado-Arvizu** is a citizen of Mexico. On July 29, 2007, **Isidro Alvarado-Arvizu** was lawfully denied admission, excluded, deported, and removed from the United States through Calexico, California. On September 12, 2017 agents found **Isidro Alvarado-Arvizu** in the United States at or near Nogales, Arizona, without the proper immigration documents. **Isidro Alvarado-Arvizu** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

Furthermore, **Isidro Alvarado-Arvizu** admitted to entering the United States of America from the Republic of Mexico illegally, without being inspected by immigration officers, on or about July 25, 2016, at or near San Ysidro, California.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>Authorized by AUSA CMN | SIGNATURE OF COMPLAINANT<br>(official title)<br>Marco A. Estrada Jr.<br>OFFICIAL TITLE<br>CBPO/E |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>/s/ Velasco | DATE<br>September 13, 2017 |

[1] See Federal Rules of Criminal Procedure Rules 3 and 54